IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVON LASHON DAVIS, <br> AIS # 208426 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | CASE NO. 1:16-CV-774-WKW <br> [WO] |
| DERRICK CARTER, Warden; and <br> STEVEN MARSHALL, Attorney <br> General of the State of Alabama, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## **ORDER**

On May 30, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 27) is ADOPTED;

2. Plaintiff Davon Lashon Davis's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED; and

3. This action is DISMISSED WITH PREJUDICE.

A separate Final Judgment will be entered.

On another note, the Clerk of the Court is DIRECTED to substitute Steven Marshall for Luther Strange as a Defendant under Federal Rule of Civil Procedure 25(d). This automatic substitution is already reflected in the caption of this Order.

DONE this 25th day of June, 2019.

                                                    /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE